1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  ELISE BECKER (NYSBN 2540730)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6878
7     Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

**Filed**

APR 1 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                ) | CR 06-00187 CRB |
|              Plaintiff,                               ) | |
|                                                            ) | |
| v.                                                       ) | ~~(PROPOSED)~~ **ORDER EXCLUDING TIME FROM APRIL 12, 2006 THROUGH JUNE 14, 2006 UNDER SPEEDY TRIAL ACT** |
| JERRY SHAW-YAU CHANG,              ) | |
|                                                            ) | |
|              Defendant.                            ) | |

The United States of America, by and through its attorneys, Kevin V. Ryan, United States Attorney for the Northern District of California, by Elise Becker, Assistant U.S. Attorney, and defendant Jerry Shaw-Yau Chang, with, and by and through his attorney, Edward Swanson, appeared before this Court on April 12, 2006, for a status hearing on the above captioned case.

Based on the anticipated production of voluminous electronic discovery material, as well as for effective preparation of counsel in this matter which the Court deemed complex, the parties requested that the status hearing be continued to June 14, 2006. The Court found and the parties stipulated in open court that the period of time from April 12, 2006, to June 14, 2006, shall be excluded under the Speedy Trial Act.

Order Excluding Time Under Speedy Trial Act
CR 06-00187 CRB                                          1

1  Accordingly, the Court finds that the ends of justice served by granting this
2  continuance outweigh the best interests of the public and the defendant in a speedy trial and in
3  the prompt disposition of criminal cases. The Court therefore concludes that this exclusion of
4  time should be granted under 18 U.S.C. § 3161 (h)(8)(B)(ii) and (iv).

6  DATED: April 12, 2006                    Respectfully submitted,

7                                            KEVIN V. RYAN
                                             United States Attorney
8
                                             /s/
9
                                             ─────────────────────────────
                                             ELISE BECKER
10                                           Assistant United States Attorney

12  SO ORDERED.
    DATED:

                                             ─────────────────────────────
                                             HONORABLE CHARLES R. BREYER
                                             UNITED STATES DISTRICT COURT

Order Excluding Time Under Speedy Trial Act
CR 06-00187 CRB                              2