1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  ELISE BECKER (NYSBN 2540730)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6878
7      Facsimile: (415) 436-7234
       E-mail: elise.becker@usdoj.gov
8
   Attorneys for Plaintiff
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,              )   CR 06-00187 CRB
14                                        )
                Plaintiff,                )
15                                        )
       v.                                 )
16                                        )   **(PROPOSED) ORDER**
                                          )   **EXCLUDING TIME**
17 JERRY SHAW-YAU CHANG,                  )   **FROM JUNE 14, 2006**
                                          )   **THROUGH AUGUST 16, 2006**
18                                        )   **UNDER SPEEDY TRIAL ACT**
                Defendant.                )
19 _____)

20         The United States of America, by and through its attorneys, Kevin V. Ryan, United

21 States Attorney for the Northern District of California, by Elise Becker, Assistant U.S. Attorney,

22 and defendant Jerry Shaw-Yau Chang, with, and by and through his attorney, Edward Swanson,

23 appeared before this Court on June 14, 2006, for a status hearing on the above captioned case.

24         Based on the government's difficulties in producing the electronic discovery to the

25 defendant with Bates stamp identification in this matter which the Court previously deemed

26 complex, the parties requested that the status hearing be continued to August 16, 2006.  The

27 Court found and the parties stipulated in open court that the period of time from June 14, 2006,

28 to August 16, 2006, shall be excluded under the Speedy Trial Act.

Order Excluding Time Under Speedy Trial Act
CR 06-00187 CRB                                  1

1  Accordingly, the Court finds that the ends of justice served by granting this
2  continuance outweigh the best interests of the public and the defendant in a speedy trial and in
3  the prompt disposition of criminal cases.  The Court therefore concludes that this exclusion of
4  time should be granted under 18 U.S.C. § 3161 (h)(8)(B)(ii) and (iv).

6  DATED: June 19, 2006                    Respectfully submitted,

7                                           KEVIN V. RYAN
                                            United States Attorney
8
                                                    /s/
9                                           _____
                                            ELISE BECKER
10                                          Assistant United States Attorney

12  SO ORDERED.
    DATED:   June 20, 2006
13

14                                          _____
15                                          HON. CHARLES R. BREYER
                                            UNITED STATES DISTRICT COURT



IT IS SO ORDERED
Judge Charles R. Breyer

Order Excluding Time Under Speedy Trial Act
CR 06-00187 CRB                    2