KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ELISE BECKER (NYSBN 2540730)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6878
   Facsimile: (415) 436-7234
   E-mail: elise.becker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                          )<br>            Plaintiff,                               )<br>                                                          )<br>  v.                                                    )<br>                                                          )<br>                                                          )<br>JERRY SHAW-YAU CHANG,        )<br>                                                          )<br>                                                          )<br>            Defendant.                         )<br>_____ ) | CR 06-00187 CRB<br><br><br><br>**(**~~**PROPOSED**~~**) ORDER**<br>**EXCLUDING TIME**<br>**FROM AUGUST 16, 2006**<br>**THROUGH SEPTEMBER 27, 2006**<br>**UNDER SPEEDY TRIAL ACT** |

        The United States of America, by and through its attorneys, Kevin V. Ryan, United States Attorney for the Northern District of California, by Elise Becker, Assistant U.S. Attorney, and defendant Jerry Shaw-Yau Chang, with, and by and through his attorney, Edward Swanson, appeared before this Court on August 16, 2006, for a status hearing on the above captioned case.

        Based on the government's ongoing difficulties in producing the electronic discovery to the defendant with Bates stamp identification in this matter which the Court previously deemed complex, the parties requested that the status hearing be continued to September 27, 2006. The Court found and the parties stipulated in open court that the period of time from August 16, 2006, to September 27, 2006, shall be excluded under the Speedy Trial Act.

Order Excluding Time Under Speedy Trial Act
CR 06-00187 CRB                        1

1   Accordingly, the Court finds that the ends of justice served by granting this
2   continuance outweigh the best interests of the public and the defendant in a speedy trial and in
3   the prompt disposition of criminal cases.  The Court therefore concludes that this exclusion of
4   time should be granted under 18 U.S.C. § 3161 (h)(8)(B)(ii) and (iv).

6   DATED: August 28, 2006                Respectfully submitted,

7                                         KEVIN V. RYAN
                                          United States Attorney

10                                              /s/
                                          _____
11                                        ELISE BECKER
                                          Assistant United States Attorney

13  SO ORDERED.
    DATED:   August 28, 2006

                                          _____
16                                        HONORABLE CHARLES R. BREYER
                                          UNITED STATES DISTRICT COURT



IT IS SO ORDERED
Judge Charles R. Breyer

Order Excluding Time Under Speedy Trial Act
CR 06-00187 CRB                           2