KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ELISE BECKER (NYSBN 2540730)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6878
    Facsimile: (415) 436-7234
    E-mail: elise.becker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>  v.<br>JERRY SHAW-YAU CHANG,<br>        Defendant. | CR 06-00187 CRB<br><br>**STIPULATION, JOINT MOTION AND (PROPOSED) ORDER TO CONTINUE HEARING FROM SEPTEMBER 27, 2006 TO NOVEMBER 15, 2006 UNDER SPEEDY TRIAL ACT** |

       The United States of America, by and through its attorneys, Kevin V. Ryan, United States Attorney for the Northern District of California, by Elise Becker, Assistant U.S. Attorney, and defendant Jerry Shaw-Yau Chang, by and through his attorney, Edward Swanson, hereby jointly request that the Court continue that hearing date to November 15, 2006, or as soon thereafter as convenient for the Court. The parties stipulate that the period of time between September 27, 2006 and November 15, 2006, should be excluded under the Speedy Trial Act.

       In support of this motion to continue the September status hearing date, the parties stipulate to the following facts:

       1. The government has completed numbering approximately 154,000 documents as

Stip and Order Excluding Time Under Speedy Trial Act
CR 06-00187 CRB               1

part of its discovery production;

    2. There remain approximately 76,000 documents of discovery to copy, number and produce in an accessible format for the defendant;

    3. These remaining documents are Power Point files, Word documents, Excel spreadsheets, and e-mail files, amongst others;

    4. The defendant is still engaged in his review of the previously provided electronic discovery and needs additional time for that review.

The parties request that the Court find that, based on these stipulated facts, the status hearing should be continued to November 15, 2006.  The parties also request that the Court find that the period of time from September 27, 2006, to November 15, 2006,  be excluded under the Speedy Trial Act for effective preparation of counsel, taking into account the exercise of due diligence, in this case which the Court previously deemed complex.  *See*, 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv).

    IT IS SO STIPULATED.

DATED: September 25, 2006    Respectfully submitted,

                                KEVIN V. RYAN
                                United States Attorney

                                /s/
                                _____
                                ELISE BECKER
                                Assistant United States Attorney

DATED:  September 26, 2006

                                /s/
                                _____
                                EDWARD SWANSON
                                Attorney for JERRY CHANG

1    Accordingly, the Court finds that the ends of justice served by granting this continuance
2 outweigh the best interests of the public and the defendant in a speedy trial and in the prompt
3 disposition of criminal cases.  The Court therefore concludes that this exclusion of time should
4 be granted under 18 U.S.C. § 3161 (h)(8)(B)(ii) and (iv) for the reasons set forth in the parties'
5 stipulation and the defendant's attached declaration.

7 SO ORDERED.
8 DATED:   September 27, 2006

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED / Judge Charles R. Breyer* [seal: United States District Court, Northern District of California]

Stip and Order Excluding Time Under Speedy Trial Act
CR 06-00187 CRB                                             3