Edward W. Swanson SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for JERRY CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>       vs.<br><br>JERRY SHAW-YAU CHANG,<br><br>                     Defendant. | Case No. CR 06-0187 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING FROM NOVEMBER 29, 2006 TO DECEMBER 6, 2006 AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT** |

**STIPULATION**

Defendant Jerry Shaw-Yau Chang, by and through his attorney, Edward W. Swanson, hereby requests that the Court continue the hearing date in the above-captioned matter from November 29, 2006, to December 6, 2006, or as soon thereafter as convenient for the Court. The parties stipulate that the period of time between November 29 and December 6, 2006, should be excluded under the Speedy Trial Act.

The continuance and time exclusion are requested because Mr. Chang is suffering from a medical condition that has caused him to be temporarily bed-ridden. Because of this condition, Mr. Chang has been unable to meet with counsel and is unlikely to be able to attend the currently scheduled appearance on November 29, 2006.

The parties request the Court continue the hearing until December 6, 2006. The parties also request the Court exclude the time from November 29 to December 6, 2006 under the

1  Speedy Trial Act due to the temporary unavailability of the defendant (18 U.S.C. §
2  3161(h)(3)(a)) and for effective preparation of counsel, taking into account the exercise of due
3  diligence, in this case which the Court previously deemed complex.  *See* 18 U.S.C. §
4  3161(h)(8)(B)(ii) and (iv).
5         IT IS SO STIPULATED.

DATED: November 28, 2006              Respectfully submitted,

_____/s/_____
EDWARD W. SWANSON
Attorney for JERRY CHANG

DATED:  November 28, 2006

_____/s/_____
ELISE BECKER
Assistant United States Attorney

**ORDER**

The Court HEREBY ORDERS that the hearing in the above-captioned matter currently scheduled for November 29, 2006 shall be continued until December 6, 2006 at 2:15 p.m.  The Court finds that an exclusion of time under the Speedy Trial Act is warranted because of the temporary unavailability of the defendant and because the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The Court therefore excludes time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(3)(a) and (8)(B)(ii) and (iv) for the reasons set forth in the parties' stipulation above.

IT IS SO ORDERED.

DATED:  November 29, 2006

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*

2