KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ELISE BECKER (NYSBN 2540730)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6878
  Facsimile: (415) 436-7234
  E-mail: elise.becker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JERRY SHAW-YAU CHANG,<br><br>　　　　Defendant. | CR 06-00187 CRB<br><br>**STIPULATION, JOINT MOTION AND (PROPOSED) ORDER TO CONTINUE CHANGE OF PLEA FROM FEBRUARY 14, 2007 TO MAY 16, 2007 UNDER SPEEDY TRIAL ACT** |

　　　　The United States of America, by and through its attorneys, Kevin V. Ryan, United States Attorney for the Northern District of California, by Elise Becker, Assistant U.S. Attorney, and defendant Jerry Shaw-Yau Chang, by and through his attorney, Edward Swanson, hereby jointly request that the change of plea and sentencing in the above-captioned case be continued from February 14, 2007 to May 16, 2007, or the next available date for the Court.

　　　　At the last hearing on December 6, 2006, the parties submitted a proposed plea agreement for the Court's consideration and the matter was continued to February 14, 2007 for a pre-plea investigation and a change of plea.  The parties now know that the matter was never assigned to a probation officer for the pre-plea investigation; therefore, the parties are not

Order Excluding Time Under Speedy Trial Act
CR 06-00187 CRB                            1

1 prepared to proceed on February 14, 2007.  Accordingly, the parties respectfully request that the
2 matter be continued for approximately 90 days in order for the previously ordered investigation
3 to be completed.  The parties further stipulate that the period of time between February 14, 2007
4 and May 16, 2007 should be excluded from the period of time in which the trial should
5 commence while the proposed plea agreement continues to be under consideration by the Court
6 pending the pre-plea investigation, pursuant to 18 U.S.C. § 3161(h)(1)(I).

DATED: February 9, 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
_____
ELISE BECKER
Assistant United States Attorney

DATED: February 12, 2007

/s/
_____
EDWARD SWANSON
Attorney for JERRY CHANG

Accordingly, the Court finds that the period of time between February 14, 2007 and May 16, 2007 should be excluded under the Speedy Trial Act under 18 U.S.C. § 3161(h)(1)(I) for the reasons set forth in the parties' stipulation and the defendant's attached declaration.

SO ORDERED.

DATED:   February 13, 2007

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer