Edward W. Swanson SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for JERRY SHAW-YAU CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERRY SHAW-YAU CHANG,<br><br>Defendant. | Case No. CR 06-00187 CRB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING** |

**STIPULATION**

Defendant Jerry Chang, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney Elise Becker, hereby stipulate and agree as follows:

1) Defendant Jerry Chang is currently scheduled to appear for sentencing in the above-captioned matter on May 16, 2007 at 2:15 p.m.

2) To ensure adequate time to enable defense counsel to provide relevant information to the Probation Office, including but not limited to information regarding Mr. Chang's financial status, the parties agree that sentencing in this matter should be continued until July 11, 2007 at 2:15 p.m.

/ / /

/ / /

/ / /

/ / /

4) United States Probation Officer Benjamin Flores has no objection to the proposed continuance.

IT IS SO STIPULATED.

Dated: April 12, 2007

/s/
Edward W. Swanson
Swanson, McNamara & Haller LLP
Attorneys for JERRY SHAW-YAU CHANG

Dated: April 12, 2007

/s/
Elise Becker
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   April 13, 2007

Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP. AND [PROPOSED] ORDER CONTINUING SENTENCING
*United States v. Chang*, Case No. CR 06-00187 CRB      2