Edward W. Swanson SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for JERRY SHAW-YAU CHANG



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JERRY SHAW-YAU CHANG,<br><br>  Defendant. | Case No. CR 06-00187 CRB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO MODIFY CONDITIONS OF<br>PRETRIAL RELEASE TO PERMIT<br>TRAVEL** |

**STIPULATION**

Defendant Jerry Chang, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney Elise Becker, hereby stipulate and agree as follows:

1. On March 24, 2006, this Court set conditions of release for defendant Jerry Chang, one of which was a condition that he not travel outside the Northern District of California.

2. Mr. Chang seeks a modification of the conditions of his pretrial release to permit travel to China, departing on May 14, 2007 and returning to the Bay Area on June 4, 2007. The purpose of the trip is to conduct business operations and to meet with investors of his company.

///
///
///
///

3. Pretrial Services Officer Laura Weigel has no objection to the proposed modifications on the condition that she is provided with a copy of Mr. Chang's itinerary for the trip.

IT IS SO STIPULATED.

Dated: April 25, 2007

/s/
Edward W. Swanson
Swanson, McNamara & Haller LLP
Attorneys for JERRY SHAW-YAU CHANG

Dated: May 7, 2007

/s/
Elise Becker
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9 May 07

Hon. Bernard Zimmerman
United States Magistrate Judge

**STIP. AND [PROPOSED] ORDER TO PERMIT TRAVEL**
*United States v. Chang*, Case No. CR 06-00187 CRB    2