Edward W. Swanson SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for JERRY SHAW-YAU CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JERRY SHAW-YAU CHANG,<br><br>　　　　　Defendant. | Case No. CR 06-00187 CRB<br><br>**STIPULATION AND ORDER FOR RETURN OF JERRY SHAW-YAU CHANG'S U.S. PASSPORT** |

**STIPULATION**

Defendant Jerry Chang, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney Elise Becker, hereby stipulate and agree as follows:

1. On March 24, 2006, this Court set conditions of release for defendant Jerry Chang, one of which was a condition that he not travel outside the Northern District of California.

2. On May 9, 2007, this Court ordered a modification of the aforementioned conditions to permit travel to China, departing on May 14, 2007 and returning to the Bay Area on June 4, 2007.

3. The parties agree that the Court should issue an order returning Mr. Chang's United States Passport, which is currently in the custody of the Clerk of the Court.

/ / /

/ / /

/ / /

4. Mr. Chang will return his passport to the Clerk of the Court upon his return to the Bay Area.

IT IS SO STIPULATED.

Dated: May 9, 2007

/s/
Edward W. Swanson
Swanson, McNamara & Haller LLP
Attorneys for JERRY SHAW-YAU CHANG

Dated: May 10, 2007

/s/
Elise Becker
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 10, 2007

Hon. Bernard Zimmerman
United States Magistrate Judge

**STIPULATION AND [PROPOSED] ORDER FOR RETURN OF U.S. PASSPORT**
*United States v. Chang*, Case No. CR 06-00187 CRB     2